UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

      Plaintiff/Counter-Defendant,

v

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

## WITNESS LIST OF PLAINTIFF/COUNTER-DEFENDANT

Plaintiff/Counter-Defendant RYAN J. FISHMAN through his undersigned

counsel KUTINSKY PC identifies the following WITNESSES under Fed. R. Civ. P.

26(a)(3)(A). Plaintiff/Counter-Defendant references and incorporates the

information concerning witnesses in his Initial Disclosures under Fed. R. Civ. Proc.

26(a)(1)(A) and Supplement to Initial Disclosures.

*(i) the name and, if not previously provided, the address and telephone number of
each witness—separately identifying those the party expects to present and those
it may call if the need arises;*

    *Witnesses Plaintiff/Counter-Defendant expects to present:*

      Ryan J. Fishman
      c/o KUTINSKY PC

Ari David Fischman
Fischman Insurance Group
2 Towne Square Suite 800
Southfield, MI 48076
(248) 827-0518

Dennis P. McManus, FLMI
Chief Claims Specialist
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Dennis Kelly
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Mark Russell
Assistant Vice President
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Robert J. Kolb, Jr.
Senior Field Claims Specialist
Claims Services and Solutions Group

Karen Rugg
Underwriter
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Cynthia Hoeker
Underwriter
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Tammy Benner-Martin
Berkshire Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Elizabeth Gross
The Guardian Life Insurance Company of America
c/o Chittenden, Murday & Novotny LLC

Records custodians for:

Berkshire Life Insurance Company of America

The Guardian Life Insurance Company of America

State of Michigan

Oakland County

Genesee County

Western Field Investigations d/b/a ReleasePoint

ExamOne

Quest Diagnostics

Principal Financial Group

Insight Investigations Inc.

Interactive Data, LLC

State Bar of Michigan

Accurint

Fischman Insurance Group

Claims Services and Solutions Group

Levine Chiropractic Clinic

Kristen Sowards
Integrated Insurance Solutions Analyst
Two Towne Square Ste 800
Southfield, MI 48076

Dana Pescatore
Insight Investigations, Inc.

John Holbrook

Howard Oakes, PsyD
18 N. Main St Ste 2E
West Hartford, CT 06107

Richard Levine, PC
Levine Chiropractic Clinic
31390 Northwestern Hwy, Ste C
Farmington Hills, MI 48322
(248) 855-2666
*may provide expert testimony.

Dr. Robert Skalsky
Exam One 700
San Diego, CA
1-800-489-9528
*may provide expert testimony

Dr. Michael F. Abramsky
954 Canterbury
Birmingham, MI 48009
(248) 644-7398
*may provide expert testimony

Witnesses identified in Defendant/Counter-Plaintiff's Initial Disclosures,
Witness Lists, or identified in bates stamped documents BL 000001 -
001946.

*(ii) the designation of those witnesses whose testimony the party expects to
present by deposition and, if not taken stenographically, a transcript of the
pertinent parts of the deposition;*

None at this time, although Plaintiff/Counter-Defendant reserves his right to identify witnesses as permitted under the Federal Rules and applicable law.

KUTINSKY PC

/s/ Adam Kutinsky
Adam Kutinsky (P57900)
Attorney for Ryan J. Fishman
370 E. Maple Rd. 3rd Floor
Birmingham, MI 48009
(248) 762-8644
Dated: February 14, 2023          adam@kutinsky.com