**ExamOne** — www.MyExamOne.com
A Quest Diagnostics Company
Ticket: 0032018516   LX366634B
LAB CODE: 5046

## INSURANCE COMPANY INFORMATION

INSURANCE COMPANY FULL NAME: PRINCIPAL FINANCIAL  DES MOINES IA
HOME OFFICE CITY: GUARDIAN   STATE: PITTS FIELD   MD

[X] INDIVIDUAL   [X] LIFE   [ ] HEALTH / MEDICAL
[ ] GROUP       [ ] DISABILITY   [ ] LONG-TERM CARE

REFERENCE / POLICY / MEMBER / CONTRACT NUMBER:
AMOUNT OF INSURANCE APPLIED FOR:

AGENT LAST NAME: FISCHMAN
AGENT FIRST NAME: ARI
TELEMUS

AGENT CODE:
AGENT PHONE NUMBER:
STATE:
ZIP CODE:
AGENT EMAIL ADDRESS:

## PROPOSED INSURED INFORMATION

LAST NAME: FISHMAN
FIRST NAME: RYAN   M.I.: J
GENDER: [X] Male   [ ] Female

TEST REQUEST:
[ ] A1C   [ ] CBC   [ ] CDT
[ ] Full Drug   [ ] Hepatitis
[ ] Microalbumin   [ ] PSA
Other:

DATE OF BIRTH: [REDACTED]
SOCIAL SECURITY NUMBER: [REDACTED]

STREET ADDRESS: [REDACTED]

In the past 5 years have you had a moving violation, or has your driver's license been restricted, suspended or revoked?
[ ] Yes   [X] No

EMAIL ADDRESS: [REDACTED]

URINE TEMPERATURE / CURRENT MENSES / How many hours since you last ate/drank? / HEIGHT / WEIGHT

EXAMINING: ExamOne 700
Robert Skalski
BRANCH NUM: San Diego, CA
800-489-9528

Prior to allowing ... to be collected, I, the Proposed Insured, have read and understand the Notice and Consent that appears on the Important Applicant Information Brochure which includes information about HIV/AIDS. I voluntarily consent to the testing of my blood, urine and/or oral fluid specimen(s), and to the use and disclosure of the test results and other information about me (including but not limited to medical information) as described on the Important Applicant Information Brochure. If HIV testing is requested by the insurer, I authorize HIV testing on my specimen(s). If a blood specimen(s) was drawn, I did voluntarily consent to the withdrawal of blood from me by needle or lancet. I further acknowledge receipt of the Important Applicant Information Brochure.

I, the Proposed Insured, verify that the enclosed contents of this/these vial(s) is/are indeed my blood, urine and/or oral fluid specimen(s). I verify that my oral fluid specimen or urine specimen, if collected, was placed into a vial which was sealed with tamper-evident tape that I have signed. I acknowledge that I have read my information as captured on this ID form and verify that it is accurate.

NO ATTEMPT BY THE PROPOSED INSURED TO MODIFY OR AMEND THIS FORM WILL CHANGE ITS TERMS OR IN ANY WAY BE BINDING UPON THE INSURANCE COMPANY OR ANY OF ITS AGENTS OR CONTRACTORS.

X [signature]
Signature of Proposed Insured / Legal Guardian
Month: 3   Day: 17   Year: 21   Hour: 10   Minute: 30   [X] AM   [ ] PM

I verify that the enclosed specimen(s) was/were properly collected. I further verify that this/these specimen(s) is/are in fact the specimen(s) collected from the Proposed Insured named on this ID form and that the proper barcode label has been placed by me on the specimen vial(s) for the Proposed Insured named on this ID form.

X [signature]

BL 001789
5046

**Principal** Principal Life Insurance Company
Principal National Life Insurance Company
*Members of Principal Financial Group®*

P.O. Box 10431
Des Moines, IA 50306-0431

**Medical Questionnaire**

Only one company is the issuer and responsible for obligations of any given policy and is hereinafter referred to as "the Company".

Print full name of Proposed Insured: RYAN J FISHMAN

Date of Birth (Month/Day/Year): 6.24.88

4. In the last five years:
   a. have you had any medical tests (excluding tests for HIV (AIDS Virus), hospitalization, illness or injury not provided in response to a previous question? ☐ ☒
   b. have you consulted a doctor, chiropractor, psychiatrist, psychologist, counselor, therapist or other healthcare provider not provided in response to a previous question? ☒ ☐

**DETAILS TO QUESTIONS 1-8**
For "yes" answers to questions 1-6 include dates, details, diagnosis, types and results of treatment, healthcare provider's full name and address. (if additional space needed, attach a separate page that is completed, witnessed, signed, and dated)

Quest. # (4) Routine Chiropractic exams 1-2x/month @ LEVINE CLINIC NORTHWESTERN HWY S56 FARMINGTON HILLS MI

ICC17 AA 672 N-1 (03/17)   Page 1 of 2
*This completed document is for restricted use only. No part may be copied nor disclosed without prior consent of The Principal®.*

Medical Questionnaire, continued

☐ None
Phone Number
Zip

I have read the statements and answers recorded above; they are to the best of my knowledge and belief true, complete and correctly recorded. I agree that they will become part of my application and any policy issued on it.

Signature of Proposed Insured | Date | Signature of Witness/Title

X [signature] | 3-17-21 | X [signature]

**PHYSICAL MEASUREMENTS RECORDED BY EXAMINER**

Name of agent soliciting application: ANI FISERMAN (FISCHMAN)

Examination made at: ☐ Examiner's Office ☒ Applicant's Home ☐ Other

Examiner (print name): [illegible] ExamOne 700 'ara Med.
Exam Company Name: Robert Skalski
Exam Company Address: San Diego, CA 800-489-9528

Signature of Examiner X [signature]

Send exam to Home Office only.

ICC17 AA 672 N-1 (03/17) Page 2 of 2
This completed document is for restricted use only. No part may be copied nor disclosed without prior consent of The Principal®