Berkshire Life Insurance Company of America
700 South Street
Pittsfield, Massachusetts 01201
Berkshire Life Insurance Company of America
is a subsidiary of and an administrator for
The Guardian Life Insurance Company of America, New York, NY

# Telephone Message - Incoming

**Call Taken By:** Robert Kolb
**Call From:** Julie Loiselle
**Relationship:** State Licensing Board
**Initial/Detail Call:** N

**Date/Time of Call:** 8/30/2021 3:05:00 PM
**Insured:**
**Work Phone:** 313-963-5553 ext 226

## Call Details:

After exchanging a couple of VM's, I spoke with Ms. Loiselle at the Michigan State Bar Disciplinary Board. She was not aware of the insured's case other than what she has seen on the news. She confirmed nothing is done with an Attorney's license after an arrest. If he/she is convicted or pleads to a Felony, their Law License will automatically be terminated. She stated this procedure is called Automatic interim Suspicion. The Disciplinary Board waits to be notified by the Attorney Grievance Committee after a conviction or plea agreement before anything is filed against the law license. She stated in the meantime, between an arrest and a conviction or plea agreement, there is nothing stopping an Attorney from practicing law.

Ms. Loiselle stated she was not aware of how the Attorney Grievance Committee is notified or finds out about an Attorney who is having legal issues that may affect their law license. She referred me to Ms. Cynthia Bullington at the Attorney Grievance Committee, #313-961-6585 for additional information or questions. She was not aware of any other investigations or charges filed against the insured in other Michigan Jurisdictions or other states. Mutual pleasantries were exchanged, Ms. Loiselle said to call anytime and the call was ended. RK