Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

RYAN J. FISHMAN,

       Plaintiff/Counterclaim
       Defendant,

v                                         File No. 22-11058

                                          HON. MARK A. GOLDSMITH

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

       Defendant/Counterclaim
       Plaintiff.

                                    /

DEPOSITION OF RYAN JACOB FISHMAN

    Taken by the Defendant/Counterclaim Plaintiff on the 17th

    day of May, 2023, at 370 East Maple Road, Birmingham,

    Michigan, at 1:30 p.m.


APPEARANCES:

For the Plaintiff:        MR. ADAM B. KUTINSKY (P57900)
                          Kutinsky PC
                          370 East Maple Road, Floor 4
                          Birmingham, Michigan 48009
                          (248) 762-8644

For the Defendant:        MS. ELIZABETH G. DOOLIN (P6210358)
                          Chittenden Murday & Novotny LLC
                          303 West Madison, Suite 2400
                          Chicago, Illinois 60606
                          (312) 281-3600



FISHMAN v. BERKSHIRE LIFE INS. CO. OF AMERICA          DEPOSITION OF RYAN JACOB FISHMAN

```
                                                                   Page 2
 1   RECORDED BY:            Amanda Flesher, CER 9491
                             Certified Electronic Recorder
 2                           Network Reporting Corporation
                             Firm Registration Number 8151
 3                           1-800-632-2720

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Exhibit A



Exhibit A











UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF MICHIGAN<br>
SOUTHERN DIVISION

RYAN J. FISHMAN,

       Plaintiff/Counterclaim
       Defendant,

v                                        File No. 22-11058

                    HON. MARK A. GOLDSMITH

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

       Defendant/Counterclaim
       Plaintiff,

                    /

CONTINUED VIDEO CONFERENCE DEPOSITION OF RYAN JACOB FISHMAN

Taken by the Defendant/Counterclaim Plaintiff on the 6th day

of June, 2023, via Zoom, at 2:00 p.m.

APPEARANCES:

For the Plaintiff:        MR. ADAM B. KUTINSKY (P57900)
                          Kutinsky, PC
                          370 East Maple Road, Floor 4
                          Birmingham, Michigan 48009
                          (248) 762-8644

For the Defendant:        MS. ELIZABETH G. DOOLIN (P6210358)
                          Chittenden, Murday & Novotny LLC
                          303 West Madison Street, Suite 2400
                          Chicago, Illinois 60606
                          (312) 281-3600

RECORDED BY:              Rachelle Roberts, CER 9585
                          Certified Electronic Recorder
                          Network Reporting Corporation
                          Firm Registration Number 8151
                          1-800-632-2720

Page 165



Exhibit A





















Exhibit A









Exhibit A



