UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

       Plaintiff,

v.

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

       Defendant.
_____/

Civil Action No.
22-cv-11058

HON. MARK A. GOLDSMITH

**ORDER (1) DENYING PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER (Dkt. 39), (2) DENYING AS MOOT DEFENDANT'S MOTION TO STAY PROCEEDINGS (Dkt. 43), AND (3) GRANTING DEFENDANT'S MOTION FOR ADJOURNMENT OF TRIAL DATE AND MODIFICATION OF CASE MANAGEMENT AND SCHEDULING ORDER (Dkt. 53)**

       The Court (i) denies Plaintiff Ryan J. Fishman's emergency motion for a protective order (Dkt. 39), (ii) denies as moot Defendant Berkshire Life Insurance Company of America's motion to stay proceedings (Dkt. 43), and (iii) grants Berkshire's motion for adjournment of trial date and modification of case management and scheduling order (Dkt. 53) for the reasons stated on the record during the hearing held on September 21, 2023. The Court will issue an amended scheduling order.

       SO ORDERED.

Dated: September 22, 2023　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge

1