UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

      Plaintiff/Counter-Defendant,

v.

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

**<u>MOTION FOR ORDER OF WITHRAWAL AS COUNSEL FOR RYAN J. FISHMAN</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

      Plaintiff/Counter-Defendant,

v.

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

## **ISSUE PRESENTED**

Should this Honorable Court enter an Order for the withdrawal of Adam Kutinsky of KUTINSKY PC as counsel of record for Ryan J. Fishman in the above-captioned action?

Counsel answers: yes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

     Plaintiff/Counter-Defendant,

v.

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

     Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

## **CONTROLLING AUTHORITY**

LR 83.25 (b)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

     Plaintiff/Counter-Defendant,

v.

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

     Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

---

**MOTION FOR ORDER OF WITHRAWAL AS COUNSEL FOR RYAN J. FISHMAN**

Attorney Adam Kutinsky and KUTINSKY PLLC move this Honorable Court for

an Order of withdrawal as counsel for Ryan J. Fishman as follows:

1.    Attorney Adam Kutinsky of KUTINSKY PLLC is counsel of record for

Plaintiff/Counter-Defendant Ryan J. Fishman in the above-captioned action.

2.    LR 83.25 (b) Duration of Appearance, states:

    (1) An attorney's appearance continues until entry of (A) a final
    order or judgment disposing of all claims by or against the party
    the attorney represents, or (B) a withdrawal or substitution order.
    (2) An attorney may withdraw or be substituted for only on order
    of the Court.

3.      There has been a breakdown in the attorney-client relationship between Mr. Fishman and Mr. Kutinsky which constitutes good cause for Mr. Kutinsky to withdraw as Mr. Fishman's counsel of record.

4.      Trial is scheduled for May 6, 2025 and an adjournment may be necessary upon counsel's withdrawal.

5.      This motion was filed immediately upon counsel determining a breakdown in the attorney-client relationship existed and counsel did not delay in seeking an Order for withdrawal from this Court.

WHEREFORE, Adam Kutinsky of KUTINSKY PC move this Honorable Court for an Order Granting Withdrawal as Counsel of Record for Ryan J. Fishman in the above-captioned action.

KUTINSKY PLLC

/s/ Adam Kutinsky
Adam Kutinsky (P57900)
Attorney for Ryan J. Fishman
370 E. Maple Rd. 3rd Fl
Birmingham, MI 48009
(248) 712-1049
Dated: March 19, 2025          adam@kutinsky.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

     Plaintiff/Counter-Defendant,

v.

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

     Defendant/Counter-Plaintiff.

Case No. 22-11058
HON. MARK A. GOLDSMITH

## **BRIEF IN SUPPORT**

LR 83.25 (b) Duration of Appearance, states:

> (2) An attorney's appearance continues until entry of (A) a final
> order or judgment disposing of all claims by or against the party
> the attorney represents, or (B) a withdrawal or substitution order.
> (2) An attorney may withdraw or be substituted for only on order
> of the Court.

There has been a breakdown in the attorney-client relationship between

counsel of record for Plaintiff/Counter-Defendant Ryan J. Fishman in the above-

captioned action. Good cause exists for this Honorable Court to Order the

withdrawal of Adam Kutinsky of KUTINSKY PC as counsel for Mr. Fishman. Counsel

did not delay in seeking an Order for withdrawal and filed this motion

immediately upon determining that a breakdown in the relationship with Mr.

Fishman existed. A copy of this motion was provided to Mr. Fishman on March 19,

2025.

KUTINSKY PC

/s/ Adam Kutinsky
Adam Kutinsky (P57900)
Attorney for Ryan J. Fishman
370 E. Maple Rd. 3rd Fl
Birmingham, MI 48009
(248) 712-1049
adam@kutinsky.com

Dated: March 19, 2025