# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **RYAN J. FISHMAN,** ) | |
| ) | |
| **Plaintiff/Counterclaim** ) | |
| **Defendant,** ) | |
| ) | |
| v. ) | Case No. 22-11058 |
| ) | |
| **BERKSHIRE LIFE INSURANCE** ) | **Judge Mark A. Goldsmith** |
| **COMPANY OF AMERICA,** ) | |
| ) | |
| **Defendant/Counterclaim** ) | |
| **Plaintiff.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Ryan Fishman, and Defendant, Berkshire Life Insurance Company of America, by and through their respective Counsel, hereby provide this Court with Notice of Settlement. The Parties are finalizing settlement documents and will submit a Stipulation of Dismissal within 30 days.

Dated: March 27, 2025

Respectfully Submitted,

| | |
|---|---|
| /s/ Adam Kutinsky (w/consent) | /s/ Elizabeth Doolin |
| Adam Kutinsky (P57900) | Elizabeth G. Doolin (IL Bar #6210358) |
| KUTINSKY PC | Ryan H. Voss (IL Bar #6304211) |
| Attorney for Plaintiff | CHITTENDEN, MURDAY & |
| 370 E. Maple Rd, 3rd Floor | NOVOTNY LLC |
| Birmingham, MI 48009 | 303 W. Madison Street, Suite 2400 |
| (248) 762-8644 | Chicago, Illinois 60606 |
| adam@kutinsky.com | (312) 281-3600 |
| *Attorney for Plaintiff, Ryan Fishman* | (312) 281-3678 (FAX) |

<div style="margin-left: 40%;">

edoolin@cmn-law.com
rvoss@cmn-law.com

Edward M. Holt (AL Bar # 7297D50H)
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: (205) 254-1000
Fax: (205) 254-1999
tholt@maynardnexsen.com

D. Andrew Portinga (55804)
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, Michigan  49503
(616) 831-1700
portingaa@millerjohnson.com

*Attorneys for Defendant, Berkshire Life Insurance Company of America*

</div>