UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. FISHMAN,

    Plaintiff,                                        Case No. 22-cv-11058

v.                                         HON. MARK A. GOLDSMITH

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## ORDER (1) DENYING DEFENDANT'S MOTION FOR ORDER EXCLUDING PLAINTIFF TRIAL EXHIBITS (Dkt. 114) AND (2) DENYING PLAINTIFF'S MOTION FOR WITHDRAW OF ATTORNEY ADAM KUTINSKY (Dkt. 118)

The Court denies, as moot, Defendant Berkshire Life Insurance Company of America's motion for order excluding Plaintiff trial exhibits (Dkt. 114) and Plaintiff Ryan J. Fishman's motion for withdraw of attorney Adam Kutinsky (Dkt. 118). The case is closed.

    SO ORDERED.

Dated: April 23, 2025                              s/Mark A. Goldsmith
   Detroit, Michigan                           MARK A. GOLDSMITH
                                                   United States District Judge